IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEDRO ERNESTO UMANA, | § § | |
| *Petitioner*, | § § | |
| v. | § § | CIVIL ACTION No. H-17-1421 |
| LORIE DAVIS, | § § | |
| *Respondent*. | § § | |

# FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 12th day of February, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE